IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

DOUGIE LESTER,

          Plaintiff,

v.                               CIVIL ACTION NO. 5:17-cv-00740

PAY CAR MINING, INC., et al.,

          Defendants.

## ORDER

The Court has reviewed the *Unopposed Motion to Refer for Mediation*, wherein the Plaintiff requests, and the Defendants agree, that the above-styled action be referred to the Honorable Judge Omar J. Aboulhosn, United States Magistrate Judge, for mediation.

After careful consideration, the Court **ORDERS** that the *Motion* (Document 31) be **GRANTED**, and that this matter be **REFERRED** to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for mediation.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Honorable Omar J. Aboulhosn, to counsel of record, and to any unrepresented party.

ENTER:     March 9, 2018

*signature: Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA