IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

DOUGIE LESTER,

          Plaintiff,

v.                               CIVIL ACTION NO.  5:17-cv-00740

PAY CAR MINING, INC., et al.,

          Defendants.

## ORDER

For reasons appearing to the Court, it is **ORDERED** that the hearing on the Plaintiff's *Motion to Enforce Settlement*, previously scheduled for Thursday, March 28, 2019, at 3:00 p.m., is **RESCHEDUELD** for **Thursday, March 28, 2019, at 9:00 a.m.**, in Beckley, West Virginia. As previously ordered, the Defendants' President(s) or Chief Executive Officer(s) **and** Chief Financial Officer(s), or the companies' equivalent, shall be present in person at the hearing.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                        ENTER:       March 25, 2019

                        IRENE C. BERGER
                        UNITED STATES DISTRICT JUDGE
                        SOUTHERN DISTRICT OF WEST VIRGINIA