IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**DOUGIE LESTER, individually and on
behalf of all others similarly situated,**

      **Plaintiff,**

v.                                                        CIVIL ACTION NO. 5:17-cv-00740
                                                        Honorable Judge Irene C. Berger

**PAY CAR MINING, INC.,
BLUESTONE INDUSTRIES, INC.,
BLUESTONE COAL CORP.,
KEYSTONE SERVICE INDUSTRIES, INC., and
MECHEL BLUESTONE, INC.**

      **Defendants.**

## ABSTRACT OF JUDGMENT

Judgment was rendered by the United States District Court for the Southern District of West Virginia at Beckley on April 18, 2019, in the above-entitled action, in favor of

Dougie Lester, individually and on behalf of others similarly situated,

and against

Pay Car Mining, Inc., Bluestone Industries, Inc., Bluestone Coal Corp., Keystone Service Industries, Inc., and Mechel Bluestone, Inc.,

for

    **$ 270,800.00** due as of April 18, 2019,

in addition to such further daily late fees as may accrue after April 18, 2019, in lieu of the legal rate of interest, at the rate of $1,000.00 per day that each payment to the common fund, class representatives, or class administrator is late, until all sums are paid in full,

    **$333,333.33** due on or before August 31, 2019,

    **$333,333.33** due on or before February 28, 2020, and

    **$333,333.34** due on or before April 30, 2020,

in addition such further daily late fees as may accrue should the payments due on August 31, 2019, February 28, 2020, or April 30, 2020, be made outside of the 15-day cure period set forth in the March 7, 2019 Order of the Court (ECF Doc. # 63).

RORY L. PERRY II, CLERK OF COURT          DATE: 4/25/2019

BY: /s/ Richmond
       DEPUTY CLERK