IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**DOUGIE LESTER, individually and on
behalf of all others similarly situated,**

          Plaintiff,

v.                                     CIVIL ACTION NO. 5:17-cv-00740
                                       Honorable Judge Irene C. Berger

**PAY CAR MINING, INC.,
BLUESTONE INDUSTRIES, INC.,
BLUESTONE COAL CORP.,
KEYSTONE SERVICE INDUSTRIES, INC., and
MECHEL BLUESTONE, INC.**

          Defendants.

IN THE NAME OF THE UNITED STATES OF AMERICA:

TO THE UNITED STATES MARSHAL
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

     Pursuant to the judgment taken in this action on April 18, 2019 we command you that of the goods and chattles of **PAY CAR MINING, INC., BLUESTONE COAL CORP., BLUESTONE INDUSTRIES, INC., KEYSTONE SERVICE INDUSTRIES, INC., AND MECHEL BLUESTONE, INC.** in your bailiwick, you cause to be made the sum of **$ 270,800.00**, which was due as of April 18, 2019, in addition to such further daily late fees as may accrue after April 18, 2019, in lieu of the legal rate of interest, at the rate of $1,000.00 per day that each payment to the common fund, class representatives, or class administrator is late, until paid in full, incorporating by reference the March 7, 2019 Order of this Court, which the above named DOUGIE LESTER, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED recovered against the named PAY CAR MINING, INC., BLUESTONE COAL CORP., BLUESTONE INDUSTRIES, INC., and MECHEL BLUESTONE, INC., and make your return thereof on or before June 24, 2019.

RORY L. PERRY II, CLERK OF COURT         DATE: 5/20/2019

BY: _____
        DEPUTY CLERK